**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SUE CAROL PHELPS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Act. No: 2:25-cv-1173-AC<br>Magistrate Judge Allison Claire |

**<u>ORDER</u>**

Plaintiff's Motion for Leave to File Pro Hac Vice Appearance Without Local Counsel, ECF No. 17, is GRANTED. It is further ORDERED that Karl E. Osterhout is admitted as pro hac vice counsel for Plaintiff in this case.

IT IS SO ORDERED.

Dated: October 28, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE